### E. H. EDRINGTON v. W. LEACH.

If, in a suit for clerk's wages, an original contract was proved to the effect that the clerk was to serve but half his time and to receive but half wages, and it was further proved that the clerk served all his time, the conclusion would be legitimate that the contract was changed with respect to the time to be given by the clerk to the employer's business, and the clerk would be entitled to recover for all his time.

ERROR from Washington. Tried below before the Hon. R. E. B. Baylor.

This cause was tried in the court below in the Spring of 1859, and was brought to this court by writ of error during the same year.

The opinion indicates the facts in evidence, and there appears to be no occasion to give more minute particulars.

*Horton & Ewing*, for the plaintiff in error.

No brief for the defendant in error.

WALKER, J.—Leach sued Edrington in the district court, on an account for work and labor.

If, upon the trial, it was proven that the value of Leach's services in Edrington's store, as bookkeeper, was estimated at eight hundred dollars per annum, and that the parties had agreed that Leach should work for Edrington but half his time and receive but half pay, evidence proving that he worked all or more than half his time would warrant the conclusion that the parties had changed their original agreement, and Leach would be entitled to recover for so much of his time as he gave to Edrington's business, at the rate of eight hundred dollars per year.

We cannot see wherein the charge of the court was erroneous; and the verdict of the jury is not without evidence to support it.

The judgment of the district court is affirmed.

Affirmed.